# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2020

Lyle W. Cayce
Clerk

No. 19-40896
Summary Calendar

Suzanne M. Stanton,

*Plaintiff—Appellant*,

*versus*

Clay Heiberg; Ocwen Loan Servicing, L.L.C.; County of
Collin, Texas; John Does 1-20,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:18-CV-405

Before Clement, Higginson, and Engelhardt, *Circuit Judges.*

Per Curiam:*

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.